UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

USA v. ALICE MILLER                                              CRIMINAL 07-188

## ORDER

The above criminal case is scheduled for **CHANGE OF PLEA** on **Tuesday, August 14, 2007 at 9:30 a.m.** in the William J. Nealon Federal Building, Corner Linden & Washington Streets, Scranton, PA.

_____
Edwin M. Kosik
United States District Judge

Dated: July 24, 2007